# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OSCAR ALFONZO ZAMORA, <br><br> Defendant. | CR 04-18-GF-BMM-JTJ <br><br> ORDER |

The Court conducted the sentencing portion of Defendant Oscar Zamora's revocation hearing on February 11, 2020. For the reasons discussed in open court,

IT IS HEREBY ORDERED:

1. The revocation petition filed on September 25, 2019, is DISMISSED.

2. Zomora shall remain on supervised release subject to the release conditions described in the Judgment issued by United States District Judge Brian Morris on January 31, 2019. (Doc. 76). The additional release conditions imposed by this Court on October 18, 2019, regarding location monitoring and home detention are TERMINATED.

DATED this 12th day of February, 2020.

John Johnston
United States Magistrate Judge