IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-18-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| OSCAR A. ZAMORA, | |
| Defendant. | |

## I. Synopsis

Defendant Oscar A. Zamora (Zamora) has been accused of violating the conditions of his supervised release. Zamora denied the alleged violation. The government satisfied its burden of proof with respect to the alleged violation. Zamora's supervised release should be revoked. Zamora should be placed in custody until November 19, 2023, with no supervised release to follow. Zamora should serve his term of custody at the federal prison in Arizona.

## II. Status

Zamora pleaded guilty to Sexual Abuse of a Child on June 15, 2004. (Doc. 29). The Court sentenced Zamora to 150 months of custody, followed by 60 months of supervised release. (Doc. 44). Zamora's current term of supervised

release began on September 20, 2022. (Doc. 110 at 2).

**Petition**

The United States Probation Office filed a Petition on January 12, 2023, requesting that the Court revoke Zamora's supervised release. (Doc. 110). The Petition alleges that Zamora has violated the conditions of his supervised release by failing to successfully complete his sex offender treatment program. (Doc. 110 at 2).

**Initial appearance**

Zamora appeared before the undersigned for his initial appearance on January 17, 2023. Zamora was represented by counsel. Zamora stated that he had read the petition and that he understood the allegations. Zamora waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on January 17, 2023. Zamora denied the alleged violation. The government presented the testimony of Zamora's counselor Tanya Richem and United States Probation Officer Mike Chism. The government satisfied its burden of proof with respect to the alleged violation. The violation is serious and warrants revocation of Zamora's

supervised release.

Zamora's violation is a Grade C violation. Zamora's criminal history category is III. Zamora's underlying offense is a Class A felony. Zamora could be incarcerated for up to 60 months. Zamora could be ordered to remain on supervised release for up to 14 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III. Analysis

Zamora's supervised release should be revoked. Zamora should be incarcerated until November 19, 2023, with no supervised release to follow. This sentence is sufficient but not greater than necessary. Zamora should serve his term of custody at the federal prison in Arizona.

### IV. Conclusion

The Court informed Zamora that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Zamora of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Zamora that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That Oscar A. Zamora has violated the conditions of his supervised release by failing to successfully complete his sex offender treatment program.

The Court **RECOMMENDS:**

That the District Court revoke Zamora's supervised release and commit Zamora to the custody of the United States Bureau of Prisons until November 19, 2023, with no supervised release to follow. Zamora should serve his term of custody at the federal prison in Arizona.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district judge, and may waive the right to appear and allocute before a district judge.

DATED this 27th day of January, 2023.

John Johnston
United States Magistrate Judge

4