# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-04-18-GF-BMM |
| vs. | |
| OSCAR A. ZAMORA, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 27, 2023. (Doc. 119.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 26, 2023. (Doc. 118.) The United States accused Oscar Zamora, (Zamora) of violating his conditions of supervised release by failing to successfully complete his sex offender treatment program. (Doc. 110.)

At the revocation hearing, Zamora denied the alleged violation. At the revocation hearing, the government satisfied the burden of proof with respect to the alleged violation with witness testimony. (Doc. 118.) Judge Johnston found that the violation to be serious and warranted revocation, and recommended revocation of Zamora's supervised release and recommended a custodial sentence until November 19, 2023, with no supervised release to follow. (Doc. 119.) Zamora was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 118.) The violations prove serious and warrant revocation of Zamora's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 119) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Oscar A. Zamora be sentenced to the Bureau of Prisons until November 19, 2023, with no supervised release to follow. Zamora should serve his term of custody at a Bureau of Prisons facility in Arizona.

DATED this 16th day of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court